Certificate Number: 05781-NJ-DE-038003902

Bankruptcy Case Number: 18-33175


05781-NJ-DE-038003902

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 7, 2023, at 8:31 o'clock PM PST, Ivelis Bermudez completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: December 7, 2023   By: /s/Allison M Geving

Name: Allison M Geving

Title: President